**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In re**  
**COOKE, SHARON L.**  
**COOKE, OSCAR W.**

Case No. 05-43167-DOT

Chapter 7

**Debtor(s)**

**REPORT OF DEPOSIT OF SMALL DIVIDENDS**

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Treasurer Chesterfield County<br>Attn: Laura Glovier<br>P. O. Box 70<br>Chesterfield, VA  23832 | 4.89 |
| MCV Associated Physicians<br>1605 Rhoadmiller St.<br>Richmond, VA 23220-0000 | 3.20 |

Dated: August 10, 2010

/s/ Sherman B. Lubman  
SHERMAN B. LUBMAN, Trustee  
P. O. BOX 5757  
GLEN ALLEN, VA  23058-5757

(804) 290-4490

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the U.S. Trustee, at 701 East Broad St., Room 4304, Richmond, VA 23219 on August 10, 2010.

/s/ Sherman B. Lubman  
SHERMAN B. LUBMAN